# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CIVIL DOCKET FOR CASE #: 4:17–cv–00462–CKJ

Ayala et al v. Equifax Incorporated et al  
Assigned to: Judge Cindy K Jorgenson  
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 09/20/2017  
Date Terminated: 12/18/2017  
Jury Demand: Plaintiff  
Nature of Suit: 480 Other Statutes: Consumer Credit  
Jurisdiction: Federal Question

**Plaintiff**

**Love Morales Ayala**  represented by  **Danielle Anne Fuschetti**
Sanford Heisler Sharp LLP – San Francisco, CA
111 Sutter St., Ste. 975
San Francisco, CA 94104
415–795–2022
Fax: 415–795–2021
Email: dfuschetti@sanfordheisler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Dewey Chapin**
Sanford Heisler Sharp LLP – San Diego, CA
655 W Broadway, Ste. 1700
San Diego, CA 92101
619–577–4253
Fax: 619–577–4250
Email: echapin2@sanfordheisler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J William Brammer , Jr.**
Rusing Lopez & Lizardi PLLC
6363 N Swan Rd., Ste. 151
Tucson, AZ 85718
520–792–4800
Fax: 520–529–4262
Email: wbrammer@rllaz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin H Sharp**
Sanford Heisler Sharp LLP – Nashville, TN
611 Commerce St., Ste. 3100
Nashville, TN 37203
615–434–7001
Fax: 615–434–7020
Email: ksharp@sanfordheisler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael John Rusing**
Rusing Lopez & Lizardi PLLC
6363 N Swan Rd., Ste. 151
Tucson, AZ 85718
520–792–4800
Fax: 520–529–4262
Email: mrusing@rllaz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luke Howard–Vesci**                    represented by    **Danielle Anne Fuschetti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Dewey Chapin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J William Brammer , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin H Sharp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael John Rusing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Equifax Incorporated**
*a Georgia corporation*

**Defendant**

**Equifax Information Services LLC**
*a Georgia limited liability company*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–14670243 filed by Love Morales Ayala, Luke Howard–Vesci. (Brammer, J) (Attachments: # 1 Civil Cover Sheet)(DLC) (Entered: 09/20/2017) |

| | | |
|---|---|---|
| 09/20/2017 | Ï 2 | SUMMONS Submitted by Love Morales Ayala, Luke Howard–Vesci. (Brammer, J) (Attachments: # 1 Summons)(DLC) (Entered: 09/20/2017) |
| 09/20/2017 | Ï 3 | Filing fee paid, receipt number 0970–14670243. This case has been assigned to the Honorable Cindy K Jorgenson. All future pleadings or documents should bear the correct case number: 4:CV–17–00462–TUC–CKJ. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (DLC) (Entered: 09/20/2017) |
| 09/20/2017 | Ï 4 | Summons Issued as to Equifax Incorporated, Equifax Information Services LLC. (Attachments: # 1 Summons)(DLC). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 09/20/2017) |
| 09/20/2017 | Ï 5 | NOTICE TO THE PARTIES – The Court is participating in the Mandatory Initial Discovery Pilot (MIDP) and this case is subject to that pilot. The key features and deadlines are set forth in the attached Notice which includes General Order 17–08. Also attached is a checklist for use by the parties. All parties must respond to the mandatory initial discovery requests set forth in the General Order before initiating any further discovery in this case. Please note: The discovery obligations in the General Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the attached documents (Notice to Parties, including General Order 17–08 and MIDP Checklist) on each new party when the Complaint, Counterclaim, Crossclaim, or Third–Party Complaint is served. (DLC) (Entered: 09/20/2017) |
| 09/28/2017 | Ï 6 | ORDER that motions pursuant to Fed. R. Civ. P. 12(b) are discouraged if the defect can be cured by filing an amended pleading. Prior to filing a motion to dismiss, Defendants shall notify Plaintiffs of Defendants' intent to file a motion to dismiss and provide Plaintiffs with at least five (5) business days in which to cure alleged defects in the Complaint by amendment. FURTHER ORDERED that Plaintiff(s) serve a copy of this Order upon Defendant(s) and file a notice of service. See attached Order for complete details Signed by Judge Cindy K Jorgenson on 9/28/2017. (MFR) (Entered: 09/28/2017) |
| 10/06/2017 | Ï | Remark: Pro hac vice motions granted for Edward Chapin, Kevin Sharp and Danielle Fuschetti on behalf of plaintiffs. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 10/06/2017) |
| 10/27/2017 | Ï 7 | SERVICE EXECUTED filed by Love Morales Ayala: Rule 4 Waiver of Service of Summons. Waiver sent on 10/20/2017 to Equifax, Inc. and Equifax Information Services LLC . (Sharp, Kevin) (Entered: 10/27/2017) |
| 12/18/2017 | Ï 8 | CERTIFIED MDL TRANSFER ORDER (CTO–1) Transferring Case to Northern District of Georgia Re MDL–2800. (MAP) (Entered: 12/18/2017) |
| 12/18/2017 | Ï | Case Transferred to the Northern District of Georgia via electronic transfer. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 12/18/2017) |